# EXHIBIT "A"

**J M YACHT SERVICE**
jmyachtservice@bellsouth.net
1360 SW 29 AVE
FT LAUDERDALE
FL        33312
954-9313807

# Invoice

Date:          12-23-15
Invoice No.:   10255

**Bill To:**
**Archimedes**
Broward shipyard
750 ne 7th avenue
Dania Beach, fl 33004
Ph:954 927-4119
Fax:954 926-0913
Cell:954 614-6559

| Qty | Description | Unit Price | Total |
|---|---|---|---|
| 1 | WORK=3 completed invoices; the grey water system, black water system, and the bilge pumps. | $12,230.00 | $12,230.00 |
| 10 | WORK=we removed 2 boxes (bow thruster, and fresh water pums) to later on place back in place. Due to the cancellation of the work being done on the vessel by the captain, these boxes were not placed back in their original place. This was 10 hours of labor and tax | $85.00 | $850.00 |
| 120 | WORK=80% of the installation of the generator, this includes 2 positions that the generator was moved upon captain's orders (this was not included in the original estimate). This wa 120 hours of labor and taxes are included in the price. | $85.00 | $10,200.00 |
| 16 | WORK=we dedicated 2 day of cleaning the vessel because the captain without our consent or authorization, removed the tape and protection we set on the boat to prevent damages. This was 16 hours of labor and taxes are included in the price. | $50.00 | $800.00 |
| 13 | WORK=We ran a hose from the salt water system to the galley sink because the captain wanted to have salt water running from the sink. This job was incomplete because the captain never found the correct faucet for the saltwater inlet. This was 13 hours of labor and material. The price includes taxes. | $85.00 | $1,105.00 |
| 1 | MATERIAL=Blue marine hose, plumbing fitting, hose clamps, and ti-wraps. | $180.00 | $180.00 |
| 5 | WORK=installation and removal of the blower in the engine room. This was 5 hours of labor and taxes are included in the price | $85.00 | $425.00 |
| 2 | MATERIAL=2 blower on vessel position #35770-0094   volt=24 machine room | $307.30 | $614.60 |
| | Subtotal | | $26,404.60 |
| | Sales Tax | | $1,584.28 |
| | Total Amt | | $27,988.88 |
| | Balance Due | | $27,988.88 |

**Make all checks payable to: "J M YACHT SERVICE"**
**Thank you for your business.**

Attorney's fees and court cost will be added if accounts are placed for collection. A service charge will be assessed on unpaid balance that becomes past due according to terms of sale at maximum rate allowed by law.