# EXHIBIT "B"

From: Jorge jmyachtservice@bellsouth.net
Subject: Scan Jul 14, 2015, 12.21 PM proposal tiempo materiales
Date: July 14, 2015 at 12:21 PM
To: Bote Vela Arquimedes Español hoptravel@hotmail.com



J.M. Yacht Service inc.
1360 SW 19th Ave.
Ft. Lauderdale, FL 33312
(954)931-3807
Jmyachtservice@bellsouth.net

Date: 7/14/15

Quote

Bill to:
M/Y Archimedes

| # | Description | Rate | Total |
|---|---|---|---|
| 1 | Instalacion: Montar segunda ancla de cubierta | T/M | Tiempo y Material |
| 2 | Instalacion: Instalar sistema de agua salada en los toilets de proa. | T/M | Tiempo y Material |
| 3 | Instalacion: Instalar bomba de pie de agua salada en la cocina y otra en el baño de la tripulacion. | T/M | Tiempo y Material |
| 4 | Instalacion: Bomba de achique portable en las sentinas y hablamos con el capitan para habrir acceso en todo los manparos para que el agua drene a un solo lugar y poder sacar mas facilmente. | T/M | Tiempo y Material |
| 5 | Instalacion: instalar todo los respiradero de gasoil, agua potable, y aguas negra para que tiren hacia fuera. | T/M | Tiempo y Material |
| 6 | Servicio: Arreglar entrada de agua en el area del timon que luce a que los drenaje estan mal instalado. | T/M | Tiempo y Material |
| 7 | Servicio: Hay ruido en la sala de maquina serca del motor. Buscar el problema. | T/M | Tiempo y Material |
| 8 | Servicio: Arreglar fuga de tanque central de gasoil. Abrir acceso para tener registro a los tanques. | T/M | Tiempo y Material |
| 9 | Servicio: Reparar bomba de macerator. Reparar o cambiar bomba. | T/M | Tiempo y Material |
| 10 | Servicio: Sacar y mandar a reparar motor de arranque. Despues re-instalar. | T/M | Tiempo y Material |
| 11 | Servicio: Transmicion del motor. Tratar de arreglar el ajuste o sacarla para servicio. | T/M | Tiempo y Material |
| 12 | Servicio: Modificar o arreglar el cardan de la cocina que esta fuera de centro. | T/M | Tiempo y Material |

From: **Jorge** jmyachtservice@bellsouth.net
Subject: Scan Jul 14, 2015, 12.17 PM propiosal
Date: July 14, 2015 at 12:19 PM
To: Bote Vela Arquimedes Español hoptravel@hotmail.com



Scan Jul 14, 2015,
12_17 PM.pdf

Sent from my iPad

J.M. Yacht Service inc.
1360 SW 29th Ave.
Ft. Lauderdale, FL 33312
(954)931-3807
Jmyachtservice@bellsouth.net

Date: 7/14/15

Quote

Bill to:
M/Y Archimedes

| # | Description | Rate | Total |
|---|---|---|---|
| 1 | Instalacion: Luz de fondeo y luz de respeto que son las lucez de navegacion. Rodar cables para instalacion desde cabina de control al mastil e instalar lucez y switch. | Labor | $2,500.00 |
|   | Materiales: Luz de Ancla, Cables, Tie-wrap, Tornillos, Conect. Electricos, Silicon. | Material | $420.00 |
| 2 | Instalacion: Luz de pesca en la popa. Poner 4 lucez en la popa para tener iluminacion para pescar. Rodar los cables e instalar un switch por orden del capitan. | Labor | $2,000.00 |
|   | Materiales: 4 lucez de 24VDC, Cable, Conectores Electricos, Tie-wraps, Silicon, Tornillos. | Material | $650.00 |
| 3 | Instalacion: Bocina de aire en el mastil. Rodar cable e instalar compresor de aire en el mastil. Instalar mangueras de aire a bocina y switch electrico. | Labor | $2,000.00 |
|   | Materiales: Bocina con Compresor, Switch, Cables, Conectores Electricos, Tornillos, Silicon. | Material | $750.00 |
| 4 | Instalacion: Montar vivero y reductor de voltage de 24VDC a 12VDC. | Labor | $900.00 |
|   | Materiales: Convertidor de 24-12VDC, Cables, Conectores | Material | $650.00 |
| 5 | Instalacion: 2 blowers en el cuarto de maquina para expulsar el calor y el olor del area. | Labor | $1,200.00 |
|   | Materiales: 2 Blowers 24VDC, Mangueras de 3", Cables, Conectores, Tornillos, Tie-wrap. | Material | $900.00 |
| 6 | Instalacion: Convertidor de 220VAC 50hz a 120VAC 60hz en el cuarto de maquinas. | Labor | $800.00 |
|   | Materiales: Convertidor o Frequency Drive (el precio esta en dependencia de la seleccion del capitan), | Material | $2,000.00 |
| 7 | Instalacion: Cargador de bateria en el cuarto de maquinas | Labor | $400.00 |
|   | Materiales: Cargador de Baterias Masterbolt 220VAC 50hz | Material | $2,400.00 |
| 8 | Instalacion: Ampliar el poso de ancla. Mover el manparo 2' para tener mas espacio de cadena de ancla. | Labor y Material | $7,400.00 |
| 9 | Instalacion: Grifos de agua o llaves de paso. Desarmar muebles y proteger el area. Quitar preccion de agua e instalar grifos en lineas de agua. | Labor | $1,800.00 |
|   | Materiales: Grifos, Plastico de Proteccion, y misc. | Material | $500.00 |

| # | Description | Rate | Total |
|---|---|---|---|
| 10 | **Instalicion**: Grifos en linea de gasoil. | Labor | $800.00 |
|  | **Materiales**: 2 Heavy Duty Grifos, Teflon, Brass Fittings | Material | $750.00 |
| 11 | **Instalcion**: Sistema de transferencia de gasoil de tanque a a tanque para anivelar o transferir en caso de emergencia. | Labor | $6,500.00 |
|  | **Materiales**: 2 Bomba de Transferencia Bronze Gear, toda la plomeria incluyendo llaves de paso, mangueras, teflon, y misc | Material | $2,400.00 |
| 12 | **Instalacion**: Bomba de respeto de agua salada | Labor | $450.00 |
|  | **Materiales**: Bomba Gianneschi Calpeda para Agua Salada 220-240VAC 50Hz | Material | $1,200.00 |
| 13 | **Instalacion**: Instalar Generador 12KW 50hz | Labor | $5,800.00 |
|  | **Materiales 1**: Nuevo Generador 12KW 50hz con Sound Shield | Material 1 | $16,200.00 |
|  | **Materiales 2**: Fabricar base de suporte para el generador. Instalar thru-hull de entrada de agua y otro thru-hull de salida de escapes. Mangueras de escape y de gasoil. Caja electrica de transferencia de corriente. | Material 2 | $9,200.00 |
| 14 | **Servicio**: Servicio standard del generador y el motor. | Labor y Material | $1,400.00 |
| 15 | **Servicio**: Desarmar y sacar Molinete. Arreglar y montar. | Labor y Material | $5,800.00 |
|  |  | Subtotal Amt. | $77,770.00 |
|  |  | Tax | $4,666.20 |
|  |  | Total Amt. | $82,436.20 |

**Nota:** Para poder iniciar el trabajo necesitamos el total de todo lo que es materiales.

Suma de Materiales $52,620.00

**J M YACHT SERVICE**
jmyachtservice@bellsouth.net
1360 SW 29 AVE
FT LAUDERDALE
FL    33312
954-9313807

# Invoice

Date:         08-16-15
Invoice No.:  10202

**Bill To:**
**Archimedes**

| Qty | Description | Unit Price | Total |
|---|---|---|---|
| 1 | WORK - Desarmar molinete/windlass. Sacarlo con gruas del bote. Repar y Pintar el molinete y el motor. Reinstalarlo al bote y probarlo. | $5,800.00 | $5,800.00 |
| | | Subtotal | $5,800.00 |
| | | Sales Tax | $348.00 |
| | | Total Amt | $6,148.00 |
| | | Balance Due | $6,148.00 |

Este invoice esta pago, lo unico que falta de pagar son los taxes.

**Make all checks payable to "J M YACHT SERVICE"**

**Thank you for your business.**

**J M YACHT SERVICE**
jmyachtservice@bellsouth.net
1360 SW 29 AVE
FT LAUDERDALE
FL      33312
954-9313807

# Invoice

Date:           08-16-15
Invoice No.:    10203

**Bill To:**
**Archimedes**

| Qty | Description | Unit Price | Total |
|---|---|---|---|
| 20 | WORK - Arreglar los cables que estaban en muy mal condiciones dentro de los plug del shore power (El capitan tiene las pruebas de las condiciones de los cables). Cambiar coneccion del bote de shore power y cambiar las puntas en el cable de shore power. Hacer 3 adaptadores para tener acceso a conecciones de corriente norte americana y europea en las marinas. Arreglar conecciones de los conectores viejos que estaban mal cogido. Limpiar corrocion de cables y connectores en los conectores viejos. | $85.00 | $1,700.00 |
| 1 | MATERIAL - Hull Inlet 100A 3 Phase | $889.85 | $889.85 |
| 1 | MATERIAL - Female Plug 100A 3 Phase | $951.78 | $951.78 |
| 1 | MATERIAL - Female Plug 100A Single Phase | $951.78 | $951.78 |
| 1 | MATERIAL - Male Plug 100A 3 Phase | $863.78 | $863.78 |
| 1 | MATERIAL - Male Plug 100A Single Phase | $853.78 | $853.78 |
| 1 | MATERIAL - 3 Phase 277/480V Shore Power Cover | $200.00 | $200.00 |

|  | |
|---|---|
| Subtotal | $6,410.97 |
| Sales Tax | $384.66 |
| Total Amt | $6,795.63 |
| Balance Due | $6,795.63 |

**Make all checks payable to "J M YACHT SERVICE"**

**Thank you for your business.**

**J M YACHT SERVICE**
jmyachtservice@bellsouth.net
1360 SW 29 AVE
FT LAUDERDALE
FL   33312
954-9313807

# Invoice

Date: 08-16-15
Invoice No.: 10204

**Bill To:**
**Archimedes**

| Qty | Description | Unit Price | Total |
|---|---|---|---|
| 45 | WORK - Cubrir y proteger el bote en areas de trabajo, maderas, y pasillos con blue diamond shield. | $50.00 | $2,250.00 |
| 1 | MATERIALS:<br>- 400' de Blue Diamond Shield<br>- 8 Taipe azul de 2" y 1"<br>- 300' de clear plastic cover | $785.00 | $785.00 |
| | Subtotal | | $3,035.00 |
| | Sales Tax | | $182.10 |
| | Total Amt | | $3,217.10 |
| | Balance Due | | $3,217.10 |

**Make all checks payable to "J M YACHT SERVICE"**

**Thank you for your business.**

**J M YACHT SERVICE**
jmyachtservice@bellsouth.net
1360 SW 29 AVE
FT LAUDERDALE
FL      33312
954-9313807

# Invoice

Date:          08-16-15
Invoice No.:   10205

**Bill To:**
**Archimedes**

| Qty | Description | Unit Price | Total |
|---|---|---|---|
| 62 | WORK - Habrir acceso a todo los manparos y strinker para que el agua drene a un solo lugar y sea mas facil bombiar hacia afuera. Tuvimos que limpiar y sacar el agua en varias area porque en muchos manparos que no tenian acceso, estaban llenos de agua descompuesta. Abrir acceso para llegar a manparos que no estaban a vista. | $85.00 | $5,270.00 |
| | | Subtotal | $5,270.00 |
| | | Sales Tax | $316.20 |
| | | **Total Amt** | $5,586.20 |
| | | **Balance Due** | $5,586.20 |

**Make all checks payable to "J M YACHT SERVICE"**

**Thank you for your business.**

**J M YACHT SERVICE**
jmyachtservice@bellsouth.net
1360 SW 29 AVE
FT LAUDERDALE
FL    33312
954-9313807

# Invoice

Date:          08-26-15
Invoice No.:   10209

**Bill To:**
**Arquimedes**
M/Y Arquimedes

| Qty | Description | Unit Price | Total |
|---|---|---|---|
| 96 | WORK - Cubrir el bote con doorskin para proteccion de daños a la madera y componentes. Medir y cortar todo las medidas de doorskin necesaria para cubrir las areas del bote. Usar taipe azul de 2" para aguantar el doorskin a las paredes y piso donde se va a caminar y llevar arramientas o equipos pesado. En general se cubrio el bote para razones de proteccion contra daños a la madera y equipos/componentes en general. Area de covertura es el master stateroom, pasillo principal, entrada a cuarto de maquinas, salon, y areas menores. | $50.00 | $4,800.00 |
| 1 | MATERIAL - 15 Blue Tape 2", Denatured Alcohol, Rags. | $120.00 | $120.00 |

|  | |
|---|---|
| Subtotal | $4,920.00 |
| Sales Tax | $295.20 |
| Total Amt | $5,215.20 |
| Balance Due | $5,215.20 |

Make all checks payable to "J M YACHT SERVICE"

**Thank you for your business.**

**J M YACHT SERVICE**
jmyachtservice@bellsouth.net
1360 SW 29 AVE
FT LAUDERDALE
FL      33312
954-9313807

# Invoice

Date: 08-28-15
Invoice No.: 10210

**Bill To:**
**Arquimedes**
M/Y Arquimedes

| Qty | Description | Unit Price | Total |
|---|---|---|---|
| 44 | WORK - Desmontar todo los componentes del sistema de agua negra: Mangueras del agua negra, bombas, tanque de agua negra, plomeria en general, caja electrica, cables, y componentes. Desarmar lineas de drenajes del pilot house. Limpiar equipos/componentes del agua negra y area. | $85.00 | $3,740.00 |
| 1 | MATERIALS - Rubber gloves, rags, clorox, spray nine, antibacterial soap, and plastic disposable bags. | $220.00 | $220.00 |
| | Subtotal | | $3,960.00 |
| | Sales Tax | | $237.60 |
| | Total Amt | | $4,197.60 |
| | Balance Due | | $4,197.60 |

Make all checks payable to "J M YACHT SERVICE"

Thank you for your business.

11/29/2014 02:49   9546897437   JM YACHT SERVICE   PAGE 15/15

**J M YACHT SERVICE**
jmyachtservice@bellsouth.net
1360 SW 29 AVE
FT LAUDERDALE
FL      33312
954-9313807

# Invoice

Date:          10-02-15
Invoice No.:   10230

**Bill To:**
**Arquimedes**
M/Y Arquimedes

| Qty | Description | Unit Price | Total |
|---|---|---|---|
| 90 | WORK - Separar los sistemas de los tanque para tener un tanque de aguas grises y un tanque de aguas negras. Sacar toda las mangueras de el tanque de aguas grises y rodar nuevas mangueras desde los baños y pilas al tanque que le corresponde. Abrrir acceso para poder pasar las mangueras y para el respiradores de el tanque. Instalar valvulas para poder mandar las aguas grises del tanque a la bomba overboard o al descarga de la marina. Instalar 2 sump pumps en el bilge y una bomba de overboard. Correr cables e instalarlo a un breaker en el panel del cuarto de maquinas. | $85.00 | $7,650.00 |
| 1 | MATERIALS - 2 Sump Pumps and fittings | $280.00 | $280.00 |
| 1 | MATERIAL - 3 valvulas fittings and hose clamps | $220.00 | $220.00 |
| 1 | MATERIAL - Hose and hose clamps | $370.00 | $370.00 |
| 1 | MATERIAL - Electrical breaker | $80.00 | $80.00 |
| 1 | MATERIAL - Electrical parts: tie-wraps, connectors, junction box. | $360.00 | $360.00 |
| 1 | MATERIAL - All plumbing parts | $450.00 | $450.00 |
| 1 | MATERIAL - Overboard sump pump, fittings, and hose clamps. | $340.00 | $340.00 |
| 1 | MATERIAL - Miscellaneous Parts | $140.00 | $140.00 |

|  |  |
|---|---|
| Subtotal | $9,890.00 |
| Sales Tax | $593.40 |
| Total Amt | $10,483.40 |
| Balance Due | $10,483.40 |

**Make all checks payable to "J M YACHT SERVICE"**

**Thank you for your business.**

**J M YACHT SERVICE**
jmyachtservice@bellsouth.net
1360 SW 29 AVE
FT LAUDERDALE
FL 33312
954-9313807

# Invoice

Date: 10-02-15
Invoice No.: 10231

**Bill To:**
**Arquimedes**
M/Y Arquimedes

| Qty | Description | Unit Price | Total |
|---|---|---|---|
| 66 | MATERIAL - Separar los toilets del sistema de agua dulce e instalar un sistema de agua salada para los toilet. Remover tuberias viejas de los toilet y ponerle tapones con hose clamps a las entradas. Abrrir hollo en el fondo para instalar la entrada de agua salada al sistema. Instalar seacock valvula y strainer para la bomba de relleno para los toilets. Instalar bomba y correr cable a breaker. Probar que el sistema funcione appropiadamente. | $85.00 | $5,610.00 |
| 1 | MATERIAL - Hoses | $250.00 | $250.00 |
| 1 | MATERIAL - Pump, Fittings, and screws. | $360.00 | $360.00 |
| 1 | MATERIAL - Plumbing parts | $320.00 | $320.00 |
| 1 | MATERIAL - Electrical parts | $260.00 | $260.00 |
| 1 | MATERIAL - Miscellaneous parts | $190.00 | $190.00 |
| | | Subtotal | $6,990.00 |
| | | Sales Tax | $419.40 |
| | | Total Amt | $7,409.40 |
| | | Balance Due | $7,409.40 |

Make all checks payable to "J M YACHT SERVICE"

Thank you for your business.

**J M YACHT SERVICE**
jmyachtservice@bellsouth.net
1360 SW 29 AVE
FT LAUDERDALE
FL    33312
954-9313807

# Invoice

Date: 10-02-15
Invoice No.: 10232

**Bill To:**
**Arquimedes**
M/Y Arquimedes

| Qty | Description | Unit Price | Total |
|---|---|---|---|
| 30 | WORK - Remover mangueras que conectan los tanques de aguas negras para separar los tanques individualmente. Cerrar o sacar tuberias que no se van a usar de las aguas negras. Conectar mangueras para la bomba overboard y conectar mangueras a la linea de desacarga marina. Rodar nueva manguera para el respiradero del tanque de aguas negras. Probar el sistema. | $85.00 | $2,550.00 |
| 1 | MATERIAL - Plumbing parts and miscellaneous. | $360.00 | $360.00 |
| | | Subtotal | $2,910.00 |
| | | Sales Tax | $174.60 |
| | | Total Amt | $3,084.60 |
| | | Balance Due | $3,084.60 |

**Make all checks payable to "J M YACHT SERVICE"**

**Thank you for your business.**

**J M YACHT SERVICE**
jmyachtservice@bellsouth.net
1360 SW 29 AVE
FT LAUDERDALE
FL   33312
954-9313807

# Invoice

Date: 10-02-15
Invoice No.: 10233

**Bill To:**
Arquimedes
M/Y Arquimedes

| Qty | Description | Unit Price | Total |
|---|---|---|---|
| 94 | WORK - Separar la entrada de agua de mar del aire acondicionado y del generador principal porque el heat exchanger estaba lleno de llerba y caracoles marinos. Tuvimos que reentubar todo el sistema para separar cada unidad individualmente e instalar nuevos strainers para cada unidad. | $85.00 | $7,990.00 |
| 1 | MATERIAL - Stainless steel valve, Aluminum tube, 2 Aluminum bases, 1 1/2" fittings, 1 1/2" pipe nipples, 90° elbows 1 1/2", Hoses, 1 1/2" to 3/4" fitting reducers, Permate thread sealer. | $1,200.00 | $1,200.00 |
| 2 | MATERIAL - 1 1/4" Marine Strainer | $280.00 | $560.00 |

*[handwritten: 9313 + TAX]*

| | |
|---|---|
| Subtotal | $9,750.00 |
| Sales Tax | $585.00 |
| Total Amt | $10,335.00 |
| Balance Due | $10,335.00 |

Make all checks payable to "J M YACHT SERVICE"

Thank you for your business.

**J M YACHT SERVICE**
jmyachtservice@bellsouth.net
1360 SW 29 AVE
FT LAUDERDALE
FL    33312
954-9313807

# Invoice

Date:          10-16-15
Invoice No.:   10236

**Bill To:**
**Arquimedes**
M/Y Arquimedes

| Qty | Description | Unit Price | Total |
|---|---|---|---|
| 38 | WORK - Nueva Instalacion de systema de medir las aguas Negras y reparacion de las tapas y tornillos del tanque:<br>- Correr cables desde el tanque a el cuarto de maquina.<br>- Montar la caja electrica de lectura serca de el tanque.<br>- Medir y poner tuberias de medicion y el sender para el tanque.<br>- Fabricar tapa nueva del sender de aluminio.<br>- Instalar tapa con sellos nuevos y agregarle 5200 a todo los tornillos Incluyendo los tornillos de el tanque que tambien tenian fuga de aguas negras.<br>- Correr cable de power y el cable de la bomba de aguas negras hacia la caja de control.<br>- Instalar el Headhunter display de las aguas negras al lado de el display de las aguas grises y conectar todo los cables.<br>- El sistema de Headhunter pone a trabajar las bombas automatica condo el tanque se llena a un sierto punto o se pueden andar manualmente. | $85.00 | $3,230.00 |
| 1 | MATERIAL - Special Headhunter Sender Kit | $1,600.00 | $1,600.00 |
| 1 | MATERIAL - Aluminum plate and gasket | $120.00 | $120.00 |
| 1 | MATERIAL - Marine cable 14/3 for AC, Marine cable for DC, 20A Breaker, Rags, 5200, Disinfectants, Baquelita plate, Terminal block, Electrical terminals. | $320.00 | $320.00 |
| | Subtotal | | $5,270.00 |
| | Sales Tax | | $316.20 |
| | Total Amt | | $5,586.20 |
| | Balance Due | | $5,586.20 |

Make all checks payable to "J M YACHT SERVICE"

Thank you for your business.

**J M YACHT SERVICE**
jmyachtservice@bellsouth.net
1360 SW 29 AVE
FT LAUDERDALE
FL      33312
954-9313807

# Invoice

Date:          10-16-15
Invoice No.:   10237

**Bill To:**
**Arquimedes**
M/Y Arquimedes

| Qty | Description | Unit Price | Total |
|---|---|---|---|
| 16 | WORK - Remover 4 bombas de achique del bote y instalar 4 nuevas rule 500 y cambiar la conexion a las 4 bombas para que funcionen con el float switch y el alarma. Agregarle mangueras nuevas desde el check valve a la bomba porque las viejas no alcanzaban. | $85.00 | $1,360.00 |
| 4 | MATERIAL - Rule 500 bomba de achique | $45.00 | $180.00 |
| 1 | MATERIAL - Electrical connectors, Diodes, Hoses, Heatshrink, Tiewrap. | $130.00 | $130.00 |
| | Subtotal | | $1,670.00 |
| | Sales Tax | | $100.20 |
| | Total Amt | | $1,770.20 |
| | Balance Due | | $1,770.20 |

**Make all checks payable to "J M YACHT SERVICE"**

**Thank you for your business.**

**J M YACHT SERVICE**
jmyachtservice@bellsouth.net
1360 SW 29 AVE
FT LAUDERDALE
FL    33312
954-9313807

# Invoice

Date:         10-16-15
Invoice No.:  10235

**Bill To:**
**Arquimedes**
M/Y Arquimedes

| Qty | Description | Unit Price | Total |
|---|---|---|---|
| 38 | WORK - Nueva instalacion de systema de medir las aguas grises y reparacion de las tapas y tornillos del tanque:<br>- Correr cables desde el tanque a el cuarto de maquina.<br>- Montar la caja electrica de lectura serca de el tanque.<br>- Medir y poner tuberias de medicion y el sender para el tanque.<br>- Fabricar tapa nueva del sender de stainless steel porque la tapa que tenia de PVC estaba dañada.<br>- Instalar tapa con sellos nuevos y agregarle 5200 a todo los tornillos incluyendo los tornillos de el tanque que tambien tenian fuga de agua.<br>- Instalar caja de control 12x12 en el cuarto de maquina.<br>- Correr cable de power y el cable de la bomba de aguas grises a la caja de controles.<br>- Instalar el Headhunter display de las aguas grises y conectar todo los cables.<br>- El sistema de Headhunter pone a trabajar las bombas automatica condo el tanque se llena a un sierto punto o se pueden andar manualmente. | $85.00 | $3,230.00 |
| 1 | MATERIAL - Stainless steel plate y tornillos | $200.00 | $200.00 |
| 1 | MATERIAL - Caja 12x12 con dos relay un toggle switch y cordgrip. | $180.00 | $180.00 |
| 1 | MATERIAL - Special Headhunter Sender kit | $1,600.00 | $1,600.00 |
| 1 | MATERIAL - Marine cable 14/2, electrical connectors. | $80.00 | $80.00 |

|  |  |
|---|---|
| Subtotal | $5,290.00 |
| Sales Tax | $317.40 |
| **Total Amt** | $5,607.40 |
| **Balance Due** | $5,607.40 |

**Make all checks payable to "J M YACHT SERVICE"**

**Thank you for your business.**